ROBBINS ARROYO LLP
BRIAN J. ROBBINS (#190264)
brobbins@robbinsarroyo.com
STEPHEN J. ODDO (#174828)
soddo@robbinsarroyo.com
EDWARD B. GERARD (#248053)
egerard@robbinsarroyo.com
JUSTIN D. RIEGER (#257321)
jrieger@robbinsarroyo.com
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

Attorneys for Plaintiff

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| STEAMFITTERS LOCAL 449 PENSION FUND, on Behalf of Itself and All Others Similarly Situated,<br><br>                       Plaintiff,<br>   v.<br><br>SAFEWAY INC., ROBERT L. EDWARDS, T. GARY ROGERS, WILLIAM Y. TAUSCHER, MOHAN GYANI, ARUN SARIN, JANET E. GROVE, FRANK C. HERRINGER, KENNETH W. ODER, GEORGE J. MORROW, AB ACQUISITION LLC, ALBERTSON'S HOLDINGS LLC, ALBERTSON'S LLC, SATURN ACQUISITION MERGER SUB, INC., AND CERBERUS CAPITAL MANAGEMENT L.P.,<br><br>                       Defendants. | Case No. 4:14-cv-01670-JSW<br><br>STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE |

1  Plaintiff Steamfitters Local 449 Pension Fund ("Plaintiff") and defendants Safeway Inc.
2  ("Safeway"), Robert L. Edwards, T. Gary Rogers, William Y. Tauscher, Mohan Gyani, Arun Sarin,
3  Janet E. Grove, Frank C. Herringer, Kenneth W. Oder, George J. Morrow, AB Acquisition LLC,
4  Albertson's Holdings LLC, Albertson's LLC, Saturn Acquisition Merger Sub, Inc., and Cerberus
5  Capital Management L.P. (collectively, "Defendants"), through their respective counsel, hereby
6  stipulate as follows:

7  WHEREAS, on April 10, 2014, Plaintiff commenced its action (the "Action") by filing its
8  Class Action Complaint Based Upon Self-Dealing and Breach of Fiduciary Duty against
9  Defendants challenging the proposed acquisition of Safeway by Albertsons (the "Proposed
10 Acquisition");

11 WHEREAS, Plaintiff's Notice of Motion and Motion for Preliminary Injunction was filed on
12 June 6, 2014 (Document No. 39) seeking to enjoin Defendants from holding a shareholder vote on
13 the Proposed Acquisition;

14 WHEREAS, a consolidated class action arising out of similar circumstances, styled *In re*
15 *Safeway Inc. Stockholders Litigation*, Consolidated C.A. No. 9445-VCL (the "Delaware Action"),
16 was pending in the Court of Chancery of the State of Delaware (the "Delaware Court");

17 WHEREAS, the parties to the Delaware Action reached an agreement in principle to resolve
18 the Delaware Action (the "Settlement");

19 WHEREAS, Plaintiff reviewed the terms of the Settlement, agreed that the results obtained
20 were beneficial to the proposed class of Safeway shareholders, and reached an agreement with the
21 plaintiffs in Delaware whereby Plaintiff participated in the Settlement and resolved any issues of
22 fees in the Delaware Court;

23 WHEREAS, in light of the above, the parties to this Action filed a Stipulation and
24 [Proposed] Order Vacating Dates, Withdrawing Preliminary Injunction Motion, and Staying Action
25 (agreeing to, among other things, stay this Action pending final resolution of the Delaware Action),
26 which was granted by the Court on July 7, 2014 (Document 50);

27
28

- 1 -

STIPULATION AND PROPOSED ORDER
Case No. 4:14-cv-01670-JSW

- 2 -

1    WHEREAS, on July 16, 2014, the Delaware Court preliminarily certified, for the purposes of effectuating the Settlement, a non-opt out class of Safeway shareholders (including Plaintiff) (the "Class") and ordered that notice of the Settlement be given to members of the Class;

WHEREAS, on July 30, 2014, Safeway caused notice of the Settlement to be given to the members of the Class, which the Delaware Court determined to be adequate and sufficient;

WHEREAS, on September 17, 2014, the Delaware Court held a settlement fairness hearing determining that the Settlement was fair, reasonable, and adequate and entered the Final Order and Judgment Approving Class Action Settlement;

WHEREAS, in light of the resolution of the Delaware Action, the parties to this Action have determined that dismissal of the Action is appropriate at this time.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, subject to approval of the Court, as follows:

1. This Action shall be dismissed in its entirety with prejudice; and

2. Each party shall bear their own fees and costs, except as provided by agreement of the parties.

IT IS SO STIPULATED.

Dated: September 25, 2014

ROBBINS ARROYO LLP
BRIAN J. ROBBINS
STEPHEN J. ODDO
EDWARD B. GERARD
JUSTIN D. RIEGER

*/s/ Stephen J. Oddo*
STEPHEN J. ODDO

600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
brobbins@robbinsarroyo.com
soddo@robbinsarroyo.com
egerard@robbinsarroyo.com
jrieger@robbinsarroyo.com

MORGAN & MORGAN, P.C.
DOMENICO MINERVA
PETER SAFIRSTEIN

|     |                              |                                                                                                           |
| --- | ---------------------------- | --------------------------------------------------------------------------------------------------------- |
| 1   |                              | 28 West 44th Street, Suite 2001                                                                           |
| 2   |                              | New York, NY 100136<br>Telephone: (212) 564-1637                                                          |
| 3   |                              | Facsimile: (212) 273-1128<br>dminerva@morgansecuritieslaw.com                                             |
| 4   |                              | psafirstein@morgansecuritieslaw.com                                                                       |
| 5   |                              | *Counsel for Plaintiff*                                                                                   |
| 6   | Dated: September 25, 2014    | LATHAM & WATIKINS, LLP                                                                                    |
| 7   |                              | PATRICK E. GIBBS<br>ALLISON S. DAVIDSON                                                                   |
| 8   |                              | CARA A. GRAY                                                                                              |
| 9   |                              | */s/ Allison S. Davidson*                                                                                 |
| 10  |                              | ALLISON S. DAVIDSON                                                                                       |
| 11  |                              | 140 Scott Drive<br>Menlo Park, CA 94025                                                                   |
| 12  |                              | Telephone: (650) 328-4600<br>Facsimile: (650) 463-2600                                                    |
| 13  |                              | patrick.gibbs@lw.com<br>allison.davidson@lw.com                                                           |
| 14  |                              | cara.gray@lw.com                                                                                          |
| 15  |                              | *Counsel for defendants Safeway Inc., Robert L. Edwards, T. Gary Rogers, William Y.*                      |
| 16  |                              | *Tauscher, Mohan Gyani, Arun Sarin, Janet E. Grove, Frank C. Herringer, Kenneth W. Oder,*                 |
| 17  |                              | *and George J. Morrow*                                                                                    |
| 18  | Dated: September 25, 2014    | DECHERT LLP                                                                                               |
| 19  |                              | MATTHEW L. LARRABEE<br>JOSHUA D. N. HESS                                                                  |
| 20  |                              | MARK P. DIPERNA<br>BRIAN C. RAPHEL                                                                        |
| 21  |                              |                                                                                                           |
| 22  |                              | */s/ Joshua D. N. Hess*<br>JOSHUA D. N. HESS                                                              |
| 23  |                              | One Bush Street, Suite 1600                                                                               |
| 24  |                              | San Francisco, CA 94104<br>Telephone: (415) 262-4500                                                      |
| 25  |                              | Facsimile: (415) 262-4555<br>matthew.larrabee@dechert.com                                                 |
| 26  |                              | joshua.hess@dechert.com<br>mark.diperna@dechert.com                                                       |
| 27  |                              | brian.raphel@dechert.com                                                                                  |
| 28  |                              |                                                                                                           |

- 3 -

Dated: September 25, 2014

*Counsel for defendants AB Acquisition LLC, Albertson's Holdings LLC, Albertson's LLC, and Saturn Acquisition Merger Sub, Inc.*

FOLGER LEVIN LLP
ROGER B. MEAD

*/s/ Roger B. Mead*
ROGER B. MEAD

199 Fremont Street, 20th Floor
San Francisco, CA 94105
Telephone: (415) 625-1050
Facsimile: (415) 625-1091
rmead@folgerlevin.com

*Counsel for defendant Cerberus Capital Management L.P.*

\* \* \*

## **ORDER**

The above Stipulation for Dismissal with Prejudice having been considered, and good cause appearing therefore,

IT IS SO ORDERED.

DATED: _____

HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

985761

## ATTESTATION OF SIGNATURE

I, Stephen J. Oddo, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order for Dismissal with Prejudice. In compliance with United States District Court, Northern District of California Civil Local Rule 5-1, I hereby attest that I have obtained concurrence in the filing of this document from each of the above counsel who have executed this e-filed document by way of a conformed signature (/s/). Executed this 25th day of September, 2014, at San Diego, California.

*/s/ Stephen J. Oddo*
STEPHEN J. ODDO

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2014, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Stephen J. Oddo*
STEPHEN J. ODDO